# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ANDERSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KINDER MORGAN, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 24-cv-0473-MMA-DEB<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **May 29, 2024**. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **July 29, 2024**.

2. A telephonic Status Conference will be held on **October 25, 2024** at **10:00 a.m.** Counsel must call the Court's teleconference line at 1-888-398-2342, enter access code 83-89-272, and press * to bypass the prompt for a security code.

3. Fact and class discovery are **not** bifurcated. All parties shall complete all class discovery by **January 24, 2025**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be

initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice, and response as set forth in the Federal Rules of Civil Procedure. **The parties must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a) and the undersigned's Civil Chambers Rules.** The Court expects the parties to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel must comply with the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court.**

4. A motion for class certification must be filed no later than **February 28, 2025**.

5. The parties must contact the undersigned's Chambers within three days of a ruling on the motion for class certification to schedule a Case Management Conference.

6. Plaintiff's counsel must serve a copy of this Order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
Honorable Daniel E. Butcher
United States Magistrate Judge